THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENIO VARGAS, Appellant. [830 NYS2d 689]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered August 27, 2004. The judgment convicted defendant, upon his plea of guilty, of rape in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Lopez*, 6 NY3d 248, 255-256 [2006]). Present—Gorski, J.P., Martoche, Smith, Lunn and Pine, JJ.